IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CASE NO. 2:03-cr-232-MEF |
| ) | |
| TIMOTHY JEVON SEWELL ) | |

# **O R D E R**

On July 14, 2014, the Magistrate Judge filed a Recommendation (Doc. #128) in this case. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The defendant's Motion for the Return of Seized Property (Doc. #109) is DENIED for the reasons set forth in the Recommendation.

DONE this the 12th day of September, 2014.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE