IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TIMOTHY JEVON SEWELL, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 2:16-CV-460-WKW |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## **FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered today, it is the ORDER, JUDGMENT, and DECREE of the court that Petitioner Timothy Jevon Sewell's 28 U.S.C. § 2255 motion is GRANTED and that the sentence entered in *United States v. Sewell*, No. 2:03-CR-232 (M.D. Ala. Oct. 26, 2005), is VACATED.

It is further ORDERED that no costs are taxed.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Federal Rule of Civil Procedure 58.

DONE this 28th day of November, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE